NO. 07-07-0032-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL A

NOVEMBER 19, 2007
_____

IN THE INTEREST OF K.C.B., A CHILD
_____

FROM THE 100TH DISTRICT COURT OF COLLINGSWORTH COUNTY;

NO. 6951; HONORABLE PHIL VANDERPOOL, JUDGE
_____

Before CAMPBELL and HANCOCK and PIRTLE, JJ.

**ON MOTION FOR REHEARING**

Appellant, by her motion for rehearing alleges that she did in fact file a Statement of Points of Error to Be Relied On, although it was admittedly filed premature. The record reveals that appellant filed the Statement after the associate judge's order of termination. Subsequently, appellant sought and was granted a trial *de novo.* Accordingly, the associate judge's ruling was not a final ruling. The statute provides that the required Statement of Points to Be Relied on By Appellant on Appeal must be filed after "a final order rendered under this subchapter." TEX. FAM. CODE ANN. § 263.405(a) (Vernon Supp. 2006).

Accordingly, appellant's contention is without merit and the motion for rehearing is denied.


Mackey K. Hancock
Justice